# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )    CR-05-195-WFN<br>) |
| vs. | )    Order Of Dismissal of Count 2<br>)    of the Indictment |
| VAUGHN R. YELLOWWOLF, | )    Without Prejudice<br>) |
| Defendant. | )<br>) |

Leave of Court is granted for the filing of the foregoing dismissal of Count 2 of the Indictment without prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this __14th__ day of February, 2006.

                                  s/ Wm. Fremming Nielsen
                                Wm. Fremming Nielsen
                                United States District Court Judge

Order Of Dismissal Without Prejudice - 1
P60210DD.AAB.wpd