PROB 12C
(7/93)

Report Date: February 4, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2011

JAMES R LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vaughn R. YellowWolf        Case Number: 2:05CR00195-001 - WFN

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/11/2006

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. § 2244(a0(2), 2246(3), 1151&1153 | |
| Original Sentence: | Prison - 36 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: 2/12/2008 |
| Defense Attorney: | Christina Hunt | Date Supervision Expires: 2/11/2011 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising probation officer and the treatment provider. You shall pay for treatment and testing according to your ability. |
| | **Supporting Evidence**: Vaughn YellowWolf is considered in violation of his supervised release in the Eastern District of Washington by failing to successfully complete sex offender treatment. |
| | According to Dr. Michael Henry, the current provider for the defendant, the defendant is not in compliance with his treatment due to his failure to pay for services. The defendant agreed to attend treatment sessions and pay for all services rendered as part of treatment. The defendant has participated in treatment, but is approximately $800 in arrears. For this reason the defendant is not considered in compliance with Dr. Henry. |

Prob12C
Re: YellowWolf, Vaughn R.
February 4, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/04/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Feb 7, 2011
Date